# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: DORENE ELAINE LEE-GLASPER, :          CHAPTER 13
Debtor

                                                :          BANKRUPTCY NO.  18-10108

## DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

The Debtor has only one secured claim, her mortgagee's servicer, Fay Servicing, LLC.  She has applied for a loan modification with this creditor.  If this application is successful, the plan will clearly be feasible.

WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss this case should be denied or continued until on or after July 31, 2018..

Date:  July 6, 2018

                                                        Attorney for Debtor

                                                        /s/DAVID A. SCHOLL
                                                        512 Hoffman Street
                                                        Philadelphia, PA.  19148
                                                        610-550-1765