# UNITED STATES BANKRUPTCY COURT
## Eastern DISTRICT OF Pennsylvania

In Re:　　　　　　　　　　　　　　　　　　　　Case No. 18-10108

　　　　　　　　　　　　　　　　　　　　　　　Claim No. : 7

DORENE ELAINE LEE-GLASPER

　　Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor **Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

**Address where Payments to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

/s/ Ashish Rawat

Date: 06/25/2019　　　　　　　　　　Creditor's Authorized Agent for Fay Servicing, LLC