| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-10108-AMC

DORENE ELAINE  LEE-GLASPER
5616 HAZEL AVE
PHILADELPHIA  PA    19143

Petition Filed Date: 01/08/2018
341 Hearing Date: 03/09/2018
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $100.00 | 25403445573 | 02/26/2019 | $100.00 | 25736642818 | 03/26/2019 | $100.00 | 25606971505 |
| 03/26/2019 | $100.00 | 25606971516 | 04/24/2019 | $100.00 | 25658458795 | 05/29/2019 | $100.00 | 26004951180 |
| 07/30/2019 | $100.00 | 25821177175 | 08/28/2019 | $100.00 | 26004840704 | 10/29/2019 | $100.00 | 26156100341 |
| 01/08/2020 | $100.00 | 26380504080 | 01/22/2020 | $100.00 | 26380519435 | 02/25/2020 | $100.00 | 26350600858 |
| 03/24/2020 | $300.00 | 26336608367 | 04/28/2020 | $100.00 | 26336623206 | | | |

**Total Receipts for the Period:  $1,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,700.00 | Current Monthly Payment: | $50.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($200.00) |
| Paid to Trustee: | $224.30 | Total Plan Base: | $3,950.00 |
| Funds on Hand: | $2,475.70 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.