# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | |
| **Dorene Elaine Lee-Glasper** : | Case No.: 18-10108 |
| : | **Chapter 13** |
| Debtor(s). : | **Judge Ashely M. Chan** |
| : | * * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

19-008035_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 18-10108** |
| **Dorene Elaine Lee-Glasper** | **Chapter 13** |
| | **Judge Ashely M. Chan** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| | |
| **Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2** | **Related Document #** |
| **Movant,** | |
| vs | |
| **Dorene Elaine Lee-Glasper** | |
| **Ella Foster** | |
| **Thelma Y. Lee** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

David A. Scholl, Attorney for Dorene Elaine Lee-Glasper, 512 Hoffman Street, Philadelphia, PA  19148, judgescholl@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Dorene Elaine Lee-Glasper, 5616 Hazel Ave., Philadelphia, PA  19143

Dorene Elaine Lee-Glasper, Ella Foster and Thelma Y. Lee, 5616 Hazel Avenue, Philadelphia, PA  19143

19-008035_PS

DATE: <u>March 6, 2021</u>

<u>/s/ Sarah E. Barngrover</u>
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

19-008035_PS