IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: DORENE E. LEE-GLASPER           :      Chapter 13
:           Debtor.                                        18-10108-AMC
                                       :      BKY. NO. 18-~~18108-AMC~~  AMC

ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David A. Scholl, Esquire, counsel for Debtors(the "Application"), and upon Counsel for the Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on April 21, 2021,

IT IS ORDERED THAT:

1. The case is dismissed.
2. Pursuant to 11 U.S.C. Section 349(b)(3), the undistributed pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor's or any other entity pending further order of this court.
3. A hearing shall be held on _____, at _____ .M. in Courtroom No. 4, US Courthouse, 901 Market Street, Philadelphia, Pennsylvania to consider the Application.
4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. Section 503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five(5) days before the hearing date set forth in Paragraph 3 above.
5. Counsel for Debtor(s) shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before_____.

Dated: _____                    _____
                                             Honorable Ashely M. Chan
                                             United States Bankruptcy Judge

David A. Scholl, Esquire
512 Hoffman Street
Philadelphia, PA  Scott-2523


Scott Waterman, Esquire
Chapter 13 Standing Trustee