# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**DORENE E. LEE-GLASPER,**                 : **CHAPTER 13**
**Debtor**                                                        : **BANKRUPTCY NO. 18-10108**

## NOTICE OF FEE APPLICATION

Notice is hereby given to all interested parties that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in the amount of $4000 for this case, has been filed. Any Objection to this Application must be filed and served upon me within twenty-one days from April 23, 2021, on or before which date this Notice will be served. A copy of the Application is being provided to the Chapter 13 Trustee, the United States Trustee, and the Debtor. Any interested parties can obtain a copy from me on request.

                                                                            /s/ DAVID A. SCHOLL
                                                                            512 Hoffman Street
                                                                            Philadelphia, PA  19148
                                                                            610-550-1765
                                                                            Attorney for Debtor

\