# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**DORENE ELAINE LEE-GLASPER,**     : CHAPTER 13
      Debtor     : BANKRUPTCY NO. 18-10108

## ORDER

AND NOW, this _____ day of May, 2021, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtors, for compensation in this case, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $4000. The Chapter 13 Trustee or the Debtors are authorized and directed to pay up to $3000 to the Applicant.

**Date: May 20, 2021**

_____
J.