| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-10108-AMC

DORENE ELAINE  LEE-GLASPER
5616 HAZEL AVE
PHILADELPHIA  PA    19143

Petition Filed Date: 01/08/2018
341 Hearing Date: 03/09/2018
Confirmation Date:

Case Status: Dismissed Before Confirmation on 4/21/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $100.00 | 26380504080 | 01/22/2020 | $100.00 | 26380519435 | 02/25/2020 | $100.00 | 26350600858 |
| 03/24/2020 | $300.00 | 26336608367 | 04/28/2020 | $100.00 | 26336623206 | 08/31/2020 | $100.00 | 26635772542 |
| 01/27/2021 | $150.00 | 26920820070 | 03/31/2021 | $100.00 | 27154932625 | | | |

**Total Receipts for the Period:  $1,050.00     Amount Refunded to Debtor Since Filing:  $0.00     Total Receipts Since Filing: $3,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID A SCHOLL ESQ | Attorney Fees | $3,000.00 | $2,798.20 | $201.80 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,050.00 | Current Monthly Payment: | $50.00 |
| Paid to Claims: | $2,798.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $251.80 | Total Plan Base: | $3,950.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.